## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KENT BERNBECK, KELSEY BERNBECK, CRAIG BERNBECK, JOHNATHAN ALLEY, and JOE KINGSLEY, | Case No.: 4:10-cv-3001-JFB-TDT |
| Plaintiffs, | |
| v. | **ORDER** |
| JOHN A. GALE, Nebraska Secretary of State, and NANCY A. MORFELD, City Clerk of the City of Stanton, Nebraska, | |
| Defendants. | |

Upon consideration of the Stipulation filed by the Plaintiffs and Defendant Gale to the above-captioned case,

IT IS ORDERED:

1. The Stipulation (Filing No. 65) is approved;

2. The Defendant shall pay to the Plaintiffs as the prevailing parties an award of attorney fees, expenses and costs in the amount of $45,000;

3. The Court agrees to retain jurisdiction over this matter for the sole purpose of reconsidering the award of attorney fees and costs, upon application by the Plaintiffs, in the event that the Defendant fails to award $45,000 in attorney fees and costs on or before May 15 2012, as set forth in the Stipulation.

Dated this 18th day of October, 2011.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge

07-550-30